**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **SHARICE BROADWAY,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 1:25-cv-00711-RP** |
| | § | |
| **TESLA, INC.,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

**PARTIES' JOINT STATUS UPDATE**

Pursuant to the Court's Order dated October 8, 2025, Plaintiff Sharice Broadway and Defendant Tesla, Inc. hereby provide the following joint status update:

The Parties continue to proceed through the arbitration process. JAMS assigned an arbitrator to the matter, and the Parties have begun the discovery process. On May 14, 2026, Plaintiff served her Responses to Defendant's First Requests for Production and Interrogatories. On May 4, 2026, Ms. LeFave filed her notice of appearance on behalf of Defendant.  On May 22, 2026, Plaintiff served her designation of expert witness on attorneys' fees and costs. On June 17, 2026, Defendant requested Plaintiff's availability for deposition from Plaintiff's counsel. On June 22, 2026, Defendant served its designation of expert witnesses.

The remaining deadlines as set out in Arbitration Order No. 1, dated November 24, 2025, are as follows:

- The hearing on the merits is set for March 15-16, 2027 at 9:00 a.m.
- The pre-hearing conference will be held by videoconference on March 1, 2027, at 10:00 a.m.
- Pre-hearing conference exchanges are due on March 8, 2027.
- The deadline for discovery is September 21, 2026.

**JOINT STATUS UPDATE**                                                                                     **Page 1**

Respectfully submitted,

| | |
|---|---|
| */s/ Thomas N. Cammack, III (with permission)* | */s/ Nicole S. LeFave* |
| Thomas N. Cammack, III | Kelli C. Fuqua |
| State Bar No. 24073762 | State Bar No. 24097713 |
| trey@harperlawtx.com | kfuqua@littler.com |
| HARPER LAW FIRM | Nicole S. LeFave |
| 18618 Tuscany Stone, Suite 210 | Texas Bar No. 25085432 |
| San Antonio, Texas  78258 | nlefave@littler.com |
| Telephone:  (210) 780-3881 | Joseph D. Keeney |
| Facsimile: (210) 876-1891 | Texas Bar No. 24089255 |
| | jdkeeney@littler.com |
| **ATTORNEY FOR PLAINTIFF** | |
| **SHARICE BROADWAY** | LITTLER MENDELSON, P.C. |
| | 100 Congress Avenue, Suite 1400 |
| **\*signed with permission** | Austin, TX  78701 |
| | Telephone:  512.982.7250 |
| | Facsimile:  512.597.2576 |
| | **ATTORNEYS FOR DEFENDANT** |
| | **TESLA, INC.** |

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2026, a copy of the foregoing document has been electronically filed with the Court, and served on the following by CM/ECF:

Thomas N. Cammack, III
HARPER LAW FIRM
18618 Tuscany Stone, Suite 210
San Antonio, Texas 78258
trey@harperlawtx.com

*Attorney for Plaintiff*

*/s/ Joseph D. Keeney*
Joseph D. Keeney