**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **SHARICE BROADWAY,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 1:25-cv-00711-RP** |
| | § | |
| **TESLA, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

**PARTIES' JOINT STATUS UPDATE**

Pursuant to the Court's Order dated October 8, 2025, Plaintiff Sharice Broadway and Defendant Tesla, Inc. hereby provide the following joint status update:

The Parties continue to proceed through the arbitration process. On September 4, 2026, Defendant served its Objections and Responses to Plaintiff's first set of discovery requests. The Parties are in the process of scheduling Plaintiff's deposition and extending the scheduling order.

Respectfully submitted,

*/s/ Thomas N. Cammack III (with permission)*
Thomas N. Cammack, III
State Bar No. 24073762
trey@cammacklawpllc.com

CAMMACK LAW PLLC
10715 Gulfdale St., Ste 235
San Antonio, Texas 78216
Telephone: (210) 305-4433
Facsimile: (210) 783-1656

**ATTORNEY FOR PLAINTIFF SHARICE BROADWAY**

*/s/ Kimberly Kauffman*
Kelli C. Fuqua
State Bar No. 24097713
kfuqua@littler.com
Nicole S. LeFave
Texas Bar No. 24085432
nlefave@littler.com
Joseph D. Keeney
Texas Bar No. 24092616
jdkeeney@littler.com
Kimberly L. Kauffman
Texas Bar No. 24089255
kkauffman@littler.com

LITTLER MENDELSON, P.C.
100 Congress Avenue, Suite 1400
Austin, TX 78701
Telephone: 512.982.7250
Facsimile: 512.597.2576

**ATTORNEYS FOR DEFENDANT TESLA, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2026, a copy of the foregoing document has been electronically filed with the Court, and served on the following by CM/ECF:

Thomas N. Cammack, III
CAMMACK LAW PLLC
10715 Gulfdale St., Ste 235
San Antonio, Texas 78216
trey@cammacklawpllc.com
***Attorney for Plaintiff***

*/s/ Kimberly Kauffman*
Kimberly Kauffman